IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHIAEL GREEN                                                                    PLAINTIFF
ADC #82316

V.                                      NO.  5:08cv00265 BSM

ROY AGEE                                                                         DEFENDANT

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing Plaintiff's complaint, without prejudice.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal from its order and this judgment entered thereunder, would not be taken in good faith.

IT IS SO ORDERED this 3rd day of October, 2008.


_____
UNITED STATES DISTRICT JUDGE