IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHIAEL GREEN
ADC #82316                                                                    PLAINTIFF

V.                              NO.  5:08CV00265 BSM

ROY AGEE                                                                      DEFENDANT

## ORDER

Pursuant to the court's order [Doc. # 3] and judgment [Doc. # 4] entered on October

3, 2008, plaintiff's present motions [Doc. ## 6 and 8] are denied as moot.

IT IS SO ORDER this 15th day of October, 2008.


_____
UNITED STATES DISTRICT JUDGE